In the Matter of Frank M. Hardenbrook.— Motion denied. Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Alphonse H. Kursheedt and Others, as Executors of and Trustees under the Last Will and Testament of Frederic A. Kursheedt, Deceased, Respondents. Sol A. Cohn, Special Guardian of Albert Edward Kursheedt and Others, Infants, and Others, Appellants.— Decree affirmed, with costs. No opinion.

Annie G. Green, as Administratrix, etc., of William J. Green, Deceased, Respondent, v. The Lozier Motor Company of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so modified and order affirmed, without costs.— No opinion. Settle order on notice.

Joseph E. Wildman, Appellant, v. Frank Cazenovie Jones, as Executor, etc., of John M. Jones, Deceased, Respondent.— Order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Francis Gray Blinn, Appellant.— Judgment and orders affirmed on *People* v. *Conrad* (102 App. Div. 567; 182 N. Y. 529).

Helen H. Gaebler, Respondent, v. Guiseppe Gallo and Francisco Pittelli, Appellants, Impleaded with New York City Railway Company.— Judgment and order affirmed, with costs. No opinion. Scott, J., dissented.

Jeanette Herzig Joseph, as Executrix, etc., of Philip Herzig, Deceased, Respondent, v. Simon Herzig, Individually and as Executor, etc., of Philip Herzig, Deceased, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

William H. Matthews and Margaret T. Matthews, Appellants, v. Thomas Hall, Respondent.— Judgment affirmed, with costs. No opinion. Ingraham, J., dissented.

Elverton R. Chapman and Others, Appellants, v. National City Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Minnie H. Vogel, Deceased. David R. Heine, Appellant; Nathan D. Stern, Executor, etc., of Minnie H. Vogel, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James B. Kellogg, Appellant, v. Jesse D. Frost, Agent and Warden of Sing Sing Prison, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Delia A. Murphy, Appellant, v. Frederick C. Keeney, as Administrator, etc., of Susan A. Keeney, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Northern Insurance Company of New York, Respondent, v. Henry P. Wood and George W. Comstock, Copartners as Wood Brothers & Comstock, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Mary Elizabeth Montanye and Others, Respondents, for the Appointment of a Trustee of the Trusts Created in and by